# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV11-1023-AN | Date | November 14, 2011 |
|---|---|---|---|
| Title | Anthony Michael Ramsey, et al. v. Jason Halek, et al. | | |

| Present: The Honorable | Arthur Nakazato, United States Magistrate Judge |
|---|---|

| Stephen Ybarra | none |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause

This action was filed on July 11, 2011. As of this date, neither answers nor proofs of service have been filed.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not made within 120 days after the filing of the compliant, and the Plaintiffs can not show good cause why service was not made within that period, the action shall be dismissed without prejudice upon the Court's own initiative with notice to the Plaintiffs. It has now been 126 days since the complaint was filed and it does not appear that service has been effected.

IT IS ORDERED that on or before November 23, 2011, Plaintiffs shall show good cause in writing why this action should not be dismissed for failure to serve the Defendants within the required time period or shall demonstrate that service was effected upon the Defendants within the 120-day time limit. If Plaintiffs fail to respond to this order within the time specified, they will be deemed to have consented to a dismissal of this action for failure to effect service and failure to prosecute.

:

Initials of Preparer   shy